**U.S. Department of Justice**
Washington, D.C.

**Criminal Docket**
Presented in Corpus Christi

---

CORPUS CHRISTI Division

Magistrate No.:   N/A

File:   INDICTMENT

Filed:   November 10, 2021

County:   Nueces

LIONS #:   2019R26440

CR. No.:   **C-21-963**

Judge:   **Judge David S. Morales**

Attorneys:

JENNIFER B. LOWERY, ACTING U.S. ATTORNEY
REID MANNING, ASST. U.S. ATTORNEY
GRAND JURY ACTION          APP'D   RET

United States of America

v.

ERIC EDMUNDO GARZA

____ AKA GUERO

PLEASE INITIAL _____

| TRUE BILL: | _____ |
| NO BILL: | _____ |

Charge(s):   Ct. 1:  Did knowingly and intentionally conspire to possess with intent to distribute approximately 1,000 kilograms or more of marihuana: 21 USC 846, 841(a)(1), and 841(b)(1)(A).

Penalty:   Ct. 1: Not less than 10 years or more than life imprisonment without probation, parole or suspended sentence, or a fine not to exceed $10 million, or both; at least 5 years SRT; and a $100 Special Assessment.

In Jail: _____

On Bond: _____

No Arrest:   XXX (Arrest Warrant)